NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001558
13-NOV-2013
09:22 AM

NO. CAAP-13-0001558

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

GROVE FARM LAND CORP., a Hawaii corporation,
Plaintiff-Appellant,
v.
NEW ZEALAND PARTNERS, a Hawaii limited partnership,
Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(1RC12-1-0893)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On June 20, 2013, Plaintiff-Appellant Grove Farm Land Corporation (Appellant) filed a notice of appeal;

(2) The record on appeal was filed on August 19, 2013, and the appellate clerk informed Appellant that the opening brief was due by September 30, 2013;

(3) Appellant did not file the opening brief;

(4) On October 11, 2013, the appellate clerk informed Appellant that the time for filing the opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on October 21, 2013, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellant did not file the opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i,  November 13, 2013.

Chief Judge

Associate Judge

Associate Judge